**Robert Alton HARRIS, Petitioner–Appellant,**

v.

**D. VASQUEZ, Warden of the California State Prison at San Quentin, Respondent–Appellee.**

**No. 92–55426.**

United States Court of Appeals, Ninth Circuit.

April 20, 1992.

Before: ALARCON, BRUNETTI, and NOONAN, Circuit Judges.

The emergency application for the issuance of certificate of probable cause and a stay of execution is denied.

Robert Alton Harris has failed to show cause and prejudice for abuse of the writ by the filing of successive petitions in violation of Rule 9(b) 28 U.S.C. foll. § 2254, Rule 9(b) and *McCleskey v. Zant,* 499 U.S. ——, 111 S.Ct. 1454, 113 L.Ed.2d 517 (1991).